**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD STEPHEN LEVY, | ) NO. CV 08-2972-PSG (CW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| ROBERT HERNANDEZ, et.al., | ) |
| Respondents. | ) |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 15, 2011

_____
PHILIP S. GUTIERREZ
United States District Judge